IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUBNA HIZOUNI, et al.,**<br><br>　　　　Plaintiffs,<br>　v.<br><br>**PROGRESSIVE ADVANCED INSURANCE COMPANY,**<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 24-2487-KSM |

## ORDER

**AND NOW**, this 13th day of December 2024, upon consideration of Plaintiffs' motion to preclude Defendant's medical expert report and testimony (Doc. No. 28), Defendant's response (Doc. No. 30), and following a hearing on the motion, it is **ORDERED** that Plaintiff's motion is **DENIED** for the reasons set forth in the accompanying memorandum.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.