IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUBNA HIZOUNI : | |
| : | |
| Plaintiff : | |
| v. : | CIVIL ACTION |
| : | No.: 24-CV-02487 |
| PROGRESSIVE ADVANCED : | |
| INSURANCE COMPANY : | |
| : | |
| Defendant : | |

## **ORDER**

AND NOW, this 24th day of October 2025, upon consideration of Plaintiff's Bill of Costs (Dkt. #111) and Defendant's Objections to the Bill of Costs (Dkt. #112), it is hereby ORDERED that Plaintiff's Bill of Costs is GRANTED in part. Defendant shall pay to Plaintiff $6,515.53 for costs as described in the Memorandum related to this Order. Defendant shall be this sum within 45 days of the date of this Order.

_____
GAIL WEILHEIMER          J.